JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ROBERSON, JR., <br><br>　　　　　Petitioner, <br><br>　　　v. <br><br>RONALD RACKLEY, <br><br>　　　　　Respondent. | Case No. LA CV 15-4356 VAP (JCG) <br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 5, 2016　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE

1